# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 7, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00261 | State v. Iona | Vacated and Remanded |

**January 23, 2013**

| | | |
|---|---|---|
| CAAP–11–00 00462 | McAulton v. Cambridge Management, Inc. | Affirmed |

**April 17, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00106 | State v. Nakano | Affirmed and Vacated |

**April 25, 2013**

| | | |
|---|---|---|
| CAAP–11–00 00606 | Villanueva v. State | Affirmed |

**April 30, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00503 | Deutsche Bank Nat. Trust Co. v. Paʻa | Affirmed |

**June 18, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00408 | State v. Payne | Vacated and Remanded |

**July 8, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00654 | State v. Sanney | Affirmed |

**July 22, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00875 | D.K., In re | Affirmed |